IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOROTHY MOTLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-17-1251-R |
| | ) |
| NANCY BERRYHILL, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed this action for review of the Social Security Commissioner's final decision that she was not "disabled" under the terms of the Social Security Act. Doc. 1. The Court referred the matter to Magistrate Judge Suzanne Mitchell for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. Pro. 72(b). *See* Doc. 13. On July 12, 2018, Judge Mitchell issued a Report and Recommendation wherein she recommended that the Commissioner's decision be affirmed. *See* Doc. 24. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 24) is hereby ADOPTED IN ITS ENTIRETY. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED this 6th day of August 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE